FILED BY ule D.C.

05 JUL -6 PM 1: 45

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CR. NO. 2:92-20106-01-Ma |
| | * | |
| KEVIN WILHITE | * | |
| Defendant. | * | |

ORDER HOLDING PROBATIONER FOR REVOCATION HEARING

On June 23, 2005, KEVIN WILHITE appeared before on a charge of violation of the terms and conditions of probation/supervised release in this matter. The defendant was advised of his/her rights under FRCrP 5 and 32.1(a)(1).

At this hearing, the defendant was released on bond. A preliminary hearing on the violation was not held.

Accordingly, defendant KEVIN WILHITE is held to a final revocation hearing, to be set on notice from the United States District Court and in accordance with the provisions of Rule 32.1(a)(2), Federal Rules of Criminal Procedure.

IT IS SO ORDERED this 5th day of July, 2005.

S. Thomas Anderson
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 7-11-05

73



# Notice of Distribution

This notice confirms a copy of the document docketed as number 73 in case 2:92-CR-20106 was distributed by fax, mail, or direct printing on July 11, 2005 to the parties listed.

---

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Howard L. Wagerman
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT