IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /C  D.C.

05 AUG -1  AM 10: 31

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                                NO. 92-20106-Ma

KEVIN WILHITE,

    Defendant.

---

ORDER RESETTING HEARING ON SUPERVISED RELEASE VIOLATION

---

Before the court is the July 28, 2005, motion to reset the hearing on defendant Kevin Wilhite's supervised release violation which is presently set on August 4, 2005. For good cause shown, the motion is granted. The hearing on supervised release violation of defendant Kevin Wilhite is **RESET** to **Wednesday, September 7, 2005, at 9:00 a.m.**

    It is so ORDERED this 29th day of July, 2005.

                                              SAMUEL H. MAYS, JR.
                                              UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-1-05

76

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 76 in case 2:92-CR-20106 was distributed by fax, mail, or direct printing on August 1, 2005 to the parties listed.

---

Howard L. Wagerman
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT