IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _Lg_ D.C

05 DEC 21 PM 1: 56

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF MEMPHIS

UNITED STATES OF AMERICA,

VS.                                          NO. 92-20106-Ma

KEVIN WILHITE,

        Defendant.

---

ORDER GRANTING MOTION TO CONTINUE HEARING
ON SUPERVISED RELEASE VIOLATION

---

Before the court is the December 9, 2005, motion by Kevin

Wilhite, to reset the hearing on defendant's supervised release

violation hearing which was set on December 19, 2005.  Counsel

for the government does not oppose the resetting.  For good cause

shown, the motion is granted.  The hearing on supervised release

violation is **RESET** to **Tuesday, January 10, 2006, at 1:30 p.m.**

It is so ORDERED this 21st day of December, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __12-22-05__

83

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 83 in case 2:92-CR-20106 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

Howard L. Wagerman
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT